OOU



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Ben J. Dean
District Attorney
Stevens County
Breckenridge, Texas

Dear Sir:

Opinion No. 0-3997
Re: Can taxpayers who have made
partial payments on their
delinquent taxes under the
authority of Article 7345c
of Vernon's Revised Civil
Statutes tender the balance
due on the taxes without the
payment of penalty and interest?

We are in receipt of your letter of September 10, 1941, in which you request the opinion of this department on the question set out therein as follows:

"Under the provisions of Article 7345c, Revised Statutes, a taxpayer was permitted to pay delinquent taxes in installments as therein provided.

"Subsequent to July 1, 1937, various taxpayers in Stephens County paid installments on delinquent taxes. The tax collector who received such payments resigned on April 25, 1940, and was indicted for mis-appropriation of public moneys, including these delinquent taxes. The manner in which the taxes were paid was held valid in a criminal case growing out of such transaction, and which was appealed. Howell v. State, 146 S. W. (2nd) 747.

Honorable Ben J. Dean, Page 2

"The bondsman of the State has paid into the State the amount of such partial payment of such delinquent taxes so converted by said official as was allocated to the State. The County has in a suit against the tax collector and his bondsman recovered judgment for the county's part of such delinquent taxes.

"Under the provision of 73361, Revised Statutes, the interest and penalties on all ad valorem taxes that were delinquent on or before July 1, 1940, are remitted if the taxes are paid in full on or before November 1, 1941.

"Can these taxpayers who have made these partial payments on their delinquent taxes now come in and tender the balance due on the taxes without the payment of penalty and interest? In other words, do they occupy the same status as if no partial payment had been made, or would they be required to pay penalty and interest?"

House Bill 76, Acts of the 47th Legislature, 1941, has been codified in Vernon's as Article 73361 and provides in part as follows:

"That all interest and penalties that have accrued on all ad valorem and poll taxes that were delinquent on or before July 1, 1940, due the State, any county, common school district, road district, levee improvement district, water improvement district, and water control and improvement district, irrigation district, and other defined subdivisions of the State (and, subject to the provisions hereinbefore and hereinafter contained, such interest and penalties on delinquent ad valorem and poll taxes due cities, towns, and villages, and special school districts, and independent school districts,) shall be and the same are hereby released, provided said ad valorem and poll taxes are paid on or before November 1, 1941. It is provided that the provisions hereof shall not apply to cities, towns, and villages, and special school districts, and independent school districts, unless and until the governing body of any such city, town, or village, or spe-

Honorable Ben J. Dean, Page 3

cial school districts, and independent town, or
village, or special school district, or independ-
ent school district finds that unusual or exces-
sive default in the payment of ad valorem and poll
taxes has occurred, and that an extension of time
for the payment of such delinquent ad valorem and
poll taxes will promote and accelerate the col-
lection thereof, whereupon such governing body
shall adopt a resolution or ordinance evidencing
such finding, and upon the recording of such find-
ings of fact the provisions of this Act shall be
in full force and effect as to any such city, town,
or village, or special school district, or inde-
pendent school district. It is hereby expressly
and specifically provided that penalties and in-
terest herein released are released only on delin-
quent ad valorem and poll taxes and on no other
taxes.

        "* * *

"Sec. 3. Anyone desiring to pay at one time
all the delinquent taxes for only one year wherein
such taxes are delinquent for more than one year
shall have the right to pay the same but without
remission of penalties and interest; provided,
however, that any persons availing themselves
of the benefits of this Act shall be required to
pay all delinquent ad valorem taxes due the State
and county on any specific piece of property on
which such taxes are delinquent before the pen-
alties and interest may be released as herein
provided; conditioned that a six per cent (6%)
penalty on the total amount delinquent be paid
on such property.

        "* * * *"

This department construed the above quoted sections
of said House Bill 76 in opinion No. O-3657 and held as
follows:

"Our opinion is that under the Act no penalty
on delinquent taxes will be chargeable by the State
and County, or by other political subdivisions